UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOEY MARIE PETERSON,

Petitioner,

v.

STATE OF WASHINGTON, et al,

Respondent.

CASE NO. 3:26-cv-06207-JHC-BAT

**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS***

Petitioner has filed a federal habeas petition under 28 U.S.C. § 2254, and an application seeking leave to proceed *in forma pauperis* (IFP). The Court Grants Petitioner's application to proceed, Dkt 1. The Clerk shall file petitioner's petition for writ of habeas corpus without the prepayment of fees. The Clerk is further directed to send a copy of this Order to petitioner.

DATED this 6th day of October, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge