UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOEY MARIE PETERSON,<br>Petitioner,<br>v.<br>STATE OF WASHINGTON et al.,<br>Respondents. | CASE NO. 3:26-cv-06207-JHC-BAT<br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) This matter comes before the Court on Petitioner's Motion for Extension of Time. Dkt. # 11. Petitioner seeks a 14-day extension to submit additional documents seemingly in support of their Objections to the Report and Recommendation (R&R). The Court GRANTS this request. Petitioner's deadline to submit Objections to the R&R and documents in support of those Objections is extended until Friday, November 20, 2026. The Clerk is directed to re-note this matter for the same date.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

//

//

Dated this 6th day of November 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk