UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOEY MARIE PETERSON,<br>Petitioner,<br>v.<br>STATE OF WASHINGTON, et al,<br>Respondent. | CASE NO. 3:26-cv-06207-JHC-BAT<br>**ORDER OF DISMISSAL** |

Having reviewed, *de novo*, the Report and Recommendation of the Honorable Brian A. Tsuchida (Dkt. 10), United States Magistrate Judge, and the remaining record, the Court finds and ORDERS:

(1) Petitioner did not file an objection to the Report and Recommendation. The Court ADOPTS the Report and Recommendation.

(2) The case is dismissed without prejudice. Issuance of a certificate of appealability is denied.

(3) The Clerk shall provide plaintiff a copy of this Order.

Dated this 23rd day of November, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge